**Jason A. Williams**
DATSOPOULOS, MacDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana  59802
Telephone:   (406) 728–0810
Facsimile:   (406) 543-0134
Email:       jwilliams@dmllaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ADAM CHENOWETH<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY,<br><br>Defendants. | Cause No.: CV 17-0150-BLG-SPW-TJC<br><br>**STATEMENT OF STIPULATED**<br><br>**FACTS** |

COMES NOW Plaintiff, ADAM CHENOWETH, and submits the following

statement of Stipulated Facts pursuant to Local Rule 16.2(b)(3).  The following facts

are agreed to by both parties:

1. Yellowstone County is a political subdivision of the State of Montana.

2. The Yellowstone County Sheriff's Office is a division of Yellowstone

    County.

3. On or about June 19, 2014 Adam Chenoweth was hired by Yellowstone County.

4. At all points in time relevant to this action Adam Chenoweth was enlisted with the National Guard.

5. On or about April 29, 2015, Chenoweth informed his supervisor at Yellowstone County Sheriff's Office of a Military Service Obligation ("MSO").

6. Adam Chenoweth's employment with the Yellowstone County Sheriff's Office was terminated on May 1, 2015.

Respectfully submitted this 2nd day of April, 2018.

DATSOPOULOS, MacDONALD & LIND, P.C.

By:   /s/ Jason A. Williams
        Jason A. Williams
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Jason A. Williams, of Datsopoulos, MacDonald & Lind, P.C., hereby certify that on April 2nd, 2018, I served a true and correct copy of the foregoing document, postage prepaid, to the following by the following means:

[  ] U.S. Mail
[  ] FedEx                                          Levi Robison
[  ] Hand-Delivery                                  Deputy Yellowstone County Attorneys
[  ] Facsimile                                      Yellowstone County Courthouse,
[  ] Certified Mail, Return Receipt                 Room 701
Requested                                           P.O. Box 35025
[  ] Email                                          Billings, MT  59107
[x] ECF Electronic Filing                           lrobison@co.yellowstone.mt.gov


By:   /s/ Jason A. Williams
        *Counsel for Plaintiff*