IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ADAM CHENOWETH<br><br>          Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY,<br><br>          Defendants. | Cause No.: CV 17-0150-BLG-SPW<br><br><br>**ORDER** |

Upon the parties' Stipulation for an Order Allowing Depositions (Doc. 27), and for good cause appearing,

IT IS HEREBY ORDERED that Yellowstone County may take depositions of Montana National Guard personnel for purposes of this case to seek information regarding Adam Chenoweth's suit against Yellowstone County.

DATED this _19th_ day of November, 2018.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1