IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JAN 17 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| ADAM CHENOWETH,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY,<br><br>Defendant. | CV 17-150-BLG-SPW<br><br>ORDER VACATING<br>STATUS CONFERENCE |

On December 21, 2018, the parties requested a telephonic status conference to determine the scope of depositions of National Guard members in light of the Privacy Act of 1974, 5 U.S.C. § 552. The Court granted the parties' request and set a telephonic conference for January 23, 2019. The Court has since determined the issue should be resolved through the proper motions practice provided in the Federal Rules of Civil Procedure. The telephonic status conference set for January 23, 2019, is therefore VACATED.

DATED this 17th day of January, 2019.

SUSAN P. WATTERS
United States District Judge