IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ADAM CHENOWETH, <br><br> Plaintiff, <br><br> vs. <br><br> YELLOWSTONE COUNTY, <br><br> Defendant. | CV 17-150-BLG-SPW <br><br> ORDER |

The Court having considered the foregoing unopposed motion for an order allowing the Montana National Guard to release Privacy Act information (Doc. 55) concerning Adam Chenoweth,

**IT IS HEREBY ORDERED** that the Montana National Guard is authorized to release Privacy Act, U.S.C. 5 U.S.C. § 552a, information concerning Adam Chenoweth to the parties in this case. The Montana National Guard is further authorized to release to the parties Privacy Act protected information in its possession concerning others, if that information meets the requirements for relevance in this case, in accordance with Fed. R. Civ. P. 26.

DATED this 26th day of March, 2019.

SUSAN P. WATTERS
United States District Judge