IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUL 1 6 2019

Clerk, U S District Court
District Of Montana
Billings

ADAM CHENOWETH,

    Plaintiff,

vs.

YELLOWSTONE COUNTY,

    Defendant.

CV 17-150-BLG-SPW

ORDER

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The final pretrial conference set for July 18, 2019, is VACATED. The jury trial set for August 5, 2019, is VACATED.

DATED this 16th day of July, 2019.

SUSAN P. WATTERS
United States District Judge