IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



AUG 2 7 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| ADAM CHENOWETH, | CV 17-150-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| YELLOWSTONE COUNTY, | |
| Defendant. | |

On July 16, 2019, after being notified that the parties had reached a settlement, the Court ordered the parties to file a stipulation of dismissal together with a proposed order within 30 days. The parties have not filed a stipulation of dismissal. Therefore,

IT IS HEREBY ORDERED that the parties shall file either a status report or a stipulation of dismissal by **September 3, 2019.**

DATED this 27th day of August, 2019.

SUSAN P. WATTERS
United States District Judge