

SEP 3 2019

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

ADAM CHENOWETH,

        Plaintiff,

vs.

YELLOWSTONE COUNTY,

        Defendant.

CV 17-150-BLG-SPW

ORDER

Upon the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 72), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 3rd day of September, 2019.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1